KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510)637-3705
Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No.    CR 06 0326 SI |
| Plaintiff,      ) | ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 22, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v.      ) | |
| CLIFFORD DURHAM,      ) | |
| Defendant.      ) | |

        With the agreement of the parties, and with the consent of the defendant, the Court enters

this order scheduling a status hearing on September 22, 2006 at 11:00 A.M. and documenting the

exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 1, 2006

through September 22, 2006.  The parties agree, and the Court finds and holds, as follows:

        1.  The parties appeared before the Court for in this matter on September 1, 2006 for a

status hearing.  The parties indicated that they have initiated discussions regarding a potential

resolution of the matter that would avoid the need for trial.

        2.  Accordingly, the matter was set for September 22, 2006 at 11:00 a.m. for further status

and scheduling.

        3.  The parties requested an exclusion of time under the Speedy Trial Act for the period

from September 1, 2006 through September 22, 2006.  The defendant agrees to an exclusion of

1   time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time

2   necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

3   § 3161(h)(8)(B)(iv).

4       4.  After consideration of this matter, the Court finds that, taking into account the public

5   interest in the prompt disposition of criminal cases, the ends of justice served by excluding the

6   period from September 1, 2006 through September 22, 2006 outweigh the best interest of the

7   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

8       5.  Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing

9   on September 22, 2006, at 11:00 A.M., and (2) orders that the period from September 1, 2006

10  through September 22, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §

11  3161(h)(8)(A), (h)(8)(B)(iv).

12  IT IS SO STIPULATED:

13  DATED:  9//20/06                                    /s/
                                                   RON TYLER
14                                                 Assistant Federal Public Defender

15
    DATED:   9/1/06                          /s/
16                                                 MICHELLE MORGAN-KELLY
                                                   Assistant United States Attorney
17
    IT IS SO ORDERED.
18

19  DATED:_____
                                                   THE HONORABLE SUSAN ILLSTON
20                                                 United States District Court Judge

21

22

23

24

25

26

27

28