KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724
   Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> CLIFFORD DURHAM, ) <br> ) <br>    Defendant. ) <br> _____ ) | No.   CR 06 0326 SI <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 22, 2006 THROUGH OCTOBER 6, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on October 6, 2006 at 11:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 22, 2006 through October 6, 2006. The parties agree, and the Court finds and holds, as follows:

      1. The parties appeared before the Court for in this matter on September 22, 2006 for a status hearing. The parties indicated that they have initiated discussions regarding a potential resolution of the matter that would avoid the need for trial, and that new information has come to light since the last hearing that may impact these discussions.

      2. Accordingly, the matter was set for October 6, 2006 at 11:00 a.m. for further status and scheduling.

      3. The parties requested an exclusion of time under the Speedy Trial Act for the period

1  from September 22, 2006 through October 6, 2006.  The defendant agrees to an exclusion of time
2  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary
3  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(8)(B)(iv).
5      4. After consideration of this matter, the Court finds that, taking into account the public
6  interest in the prompt disposition of criminal cases, the ends of justice served by excluding the
7  period from September 22, 2006 through October 6, 2006 outweigh the best interest of the public
8  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
9      5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
10 on October 6, 2006, at 11:00 A.M., and (2) orders that the period from September 22, 2006
11 through October 6, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
12 3161(h)(8)(A), (h)(8)(B)(iv).
13 IT IS SO STIPULATED:
14 DATED:__10/6/06_____         __/s/_____
                                   RON TYLER
15                                 Assistant Federal Public Defender
16
   DATED:__9/26/06_____         __/s/_____
17                                 MICHELLE MORGAN-KELLY
                                   Assistant United States Attorney
18
   IT IS SO ORDERED.
19
20 DATED:_____          [signature: Susan Illston]
21                                 THE HONORABLE SUSAN ILLSTON
                                   United States District Court Judge

2