KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax: (510)637-3724
   Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> CLIFFORD DURHAM, </br> Defendant. | No. CR 06 0326 SI </br></br> ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 6, 2006 THROUGH NOVEMBER 17, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on November 17, 2006 at 11:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 6, 2006 through November 17, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The parties appeared before the Court for in this matter on October 6, 2006 for a status hearing. The parties indicated that they have initiated discussions regarding a potential resolution of the matter that would avoid the need for trial, and that new information has come to light since the last hearing that may impact these discussions.

     2. Accordingly, the matter was set for November 17, 2006 at 11:00 a.m. for further status and scheduling.

     3. The parties requested an exclusion of time under the Speedy Trial Act for the period

from October 6, 2006 through November 17, 2006. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

4. After consideration of this matter, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from October 6, 2006 through November 17, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on November 17, 2006, at 11:00 A.M., and (2) orders that the period from October 6, 2006 through November 17, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO STIPULATED:
DATED: 10/16/06

RON TYLER
Assistant Federal Public Defender

DATED: 10/12/06

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
United States District Court Judge

2