```
1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney
2

3   MARK KROTOSKI (CABN 138549)
    Chief, Criminal Division
4
    MICHELLE MORGAN-KELLY (DEBN 3651)
5   Assistant United States Attorney

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510)637-3705
        Fax:  (510)637-3724
8       Email: michelle.morgan-kelly@usdoj.gov

9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No.    CR 06 0326 SI |
| Plaintiff,                    ) | ORDER AND STIPULATION FOR |
| v.                            ) | CONTINUANCE FROM NOVEMBER 17, |
|                               ) | 2006 THROUGH JANUARY 12, 2007 |
| CLIFFORD DURHAM,              ) | AND EXCLUDING TIME FROM THE |
|                               ) | SPEEDY TRIAL ACT CALCULATION |
| Defendant.                    ) | (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on January 12, 2007 at 11:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 17, 2006 through January 12, 2007. The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court for in this matter on November 17, 2006 for a status hearing. The parties indicated that they are conducting ongoing discussions regarding a potential resolution of the matter that would avoid the need for trial, and that new information has come to light since the last hearing that may impact these discussions. In addition, counsel for the government indicated that she will be out on medical leave for approximately four weeks beginning on December 13, 2006.

2. Accordingly, the matter was set for January 12, 2007 at 11:00 a.m. for further status

1  and scheduling.

2  3.  The parties requested an exclusion of time under the Speedy Trial Act for the period
3  from November 17, 2006 through January 12, 2007.  The defendant agrees to an exclusion of
4  time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time
5  necessary for effective preparation, taking into account the exercise of due diligence, and for
6  continuity of government counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).

7  4.  After consideration of this matter, the Court finds that, taking into account the public
8  interest in the prompt disposition of criminal cases, the ends of justice served by excluding the
9  period from November 17, 2006 through January 12, 2007 outweigh the best interest of the
10 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11 5.  Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
12 on January 12, 2007, at 11:00 A.M., and (2) orders that the period from November 17, 2006
13 through January 12, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
14 3161(h)(8)(A), (h)(8)(B)(iv).

15 IT IS SO STIPULATED:

16 DATED:    11/29/06                          /s/
                                            RON TYLER
17                                          Assistant Federal Public Defender

18
    DATED: 11/28/06                            /s/
19                                          MICHELLE MORGAN-KELLY
                                            Assistant United States Attorney
20
    IT IS SO ORDERED.
21

22 DATED:_____          /s/ Susan Illston
                                            THE HONORABLE SUSAN ILLSTON
23                                          United States District Court Judge

2