**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 06 0326 |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING DATE OF TRIAL SETTING |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT CALCULATION 18 |
| CLIFFORD DURHAM, ) | U.S.C. SECTION 3161(h)(8)(A) |
| ) | |
| Defendant. ) | Date: February 21, 2007 |
| ) | |
| ) | Hon. Susan Illston |
| ) | United States District Court |
| ) | |

    Defendant, Clifford Durham, through his counsel of record Anthony J. Brass, and the Plaintiff, the United States Attorney, and Michelle Morgan Kelly, Assistant United States Attorney, hereby request and stipulate that the trial setting in the above-entitled matter be continued from February 23, 2007, to April 13, 2007.

    This request is made due to the fact that on February 20, 2007, new information was provided to Department of Homeland Security Special Agent Michael Appio, which may impact the resolution of the case. This new information will require further development. Special Agent Appio is scheduled to be overseas for three weeks in March of 2007, and will be unable to evaluate the information until his return.

    Pursuant to 18 U.S.C. Section 3161(h)(8)(A), the parties hereby stipulate that the time between February 23, 2007 and April 13, 2007 be excluded from the speedy trial calculation, as this time is necessary for effective preparation of the case and, therefore, that the ends of justice

served by granting the continuance until April 13, 2007, outweigh the best interest of the public and of the defendant in a speedy trial.

Dated: February 21, 2007　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANTHONY J. BRASS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Clifford Durham


　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE MORGAN-KELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

ORDER

Good cause appearing, and by stipulation of the parties, IT IS HEREBY ORDERED, that the trial setting in United States v, Clifford Durham CR 06-0326, be continued from February 23, 2007 to April 13, 2007, and that time be excluded pursuant to 18 U.S.C. Section 3161(h)(8)(A).

IT IS SO ORDERED.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28