SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax: (510)637-3724
   Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ) <br> CLIFFORD DURHAM, ) <br> ) <br>    Defendant. ) <br> _____ ) | No.   CR 06 0326 SI <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM JANUARY 12, 2007 THROUGH FEBRUARY 23, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on February 23, 2007 at 11:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 12, 2007 through February 23, 2007. The parties agree, and the Court finds and holds, as follows:

     1.   The parties appeared before the Court in this matter on January 12, 2007 for a status hearing. Defendant recently obtained new counsel, Anthony Brass, who is in the process of reviewing the discovery in the case.

     2.   Accordingly, the matter was set for February 23, 2007 at 11:00 a.m. for further status and scheduling.

     3.   The parties requested an exclusion of time under the Speedy Trial Act for the period from January 12, 2007 through February 23, 2007. The defendant agrees to an exclusion of time

1 | under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary
2 | for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
3 | 3161(h)(8)(B)(iv).
4 |     4. After consideration of this matter, the Court finds that, taking into account the public
5 | interest in the prompt disposition of criminal cases, the ends of justice served by excluding the
6 | period from January 12, 2007 through February 23, 2007 outweigh the best interest of the public
7 | and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
8 |     5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
9 | on February 23, 2007, at 11:00 A.M., and (2) orders that the period from January 12, 2007
10 | through February 23, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
11 | 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED: 2/21/07  /s/
ANTHONY BRASS
Attorney for Defendant

DATED: 2/9/07  /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge