SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724
   Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>CLIFFORD DURHAM,<br><br>    Defendant. | No.   CR 06 0326 SI<br><br>ORDER AND STIPULATION FOR CONTINUANCE FROM APRIL 13, 2007 THROUGH MAY 4, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the status hearing until May 4, 2007 at 11:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 13, 2007 through May 4, 2007. The parties agree, and the Court finds and holds, as follows:

      1. This matter is currently set for a status hearing on April 13, 2007 at 11:00 a.m.

      2. The parties are in the process of negotiating a disposition of this matter which would obviate the need for trial. Defense counsel will be unable to discuss the government's latest proposal with defendant before the status hearing due to the fact that defense counsel is in trial.

      3. Accordingly, the parties request that the matter be continued until May 4, 2007, at 11:00 a.m., and request an exclusion of time under the Speedy Trial Act for the period from April 13, 2007 through May 4, 2007. The defendant agrees to an exclusion of time under the Speedy

Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

4. After consideration of this matter, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from April 13, 2007 through May 4, 2007 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on May 4, 2007, at 11:00 A.M., and (2) orders that the period from April 13, 2007 through May 4, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED:  4/10/07                /s/
                               ANTHONY BRASS
                               Attorney for Defendant


DATED:  4/9/07                 /s/
                               MICHELLE MORGAN-KELLY
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____          /s/ Susan Illston
                               THE HONORABLE SUSAN ILLSTON
                               United States District Court Judge