**ANTHONY BRASS,** California State Bar No. 173302
Attorney at Law
3223 Webster Street
San Francisco, CA 94123
Phone (415) 922-5462
Fax (415) 346-8987
Tony@brasslawoffice.com

Attorney for Defendant
CLIFFORD DURHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CLIFFORD DURHAM,<br><br>   Defendant.<br>_____/ | No. CR 06 0326 SI<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Clifford Durham, by and through his attorney, Anthony J. Brass, request that this Court continue the sentencing hearing currently set for Friday July 27, 2007 at 11:00 AM to Friday September 21st, 2007 at 11:00 AM.

This continuance is requested because the pre-sentence report will not be ready in time for a sentencing date of July 27, 2007.

The Court finds that:

1.  The continuance is necessary to allow time for the pre-sentence report to be completed.

2.  It is Stipulated by and between the parties, Anthony J. Brass and Assistant United States Attorney Michelle Morgan-Kelly that the appearance set for July 27, 2007 at 11:00 AM

1

1    is continued to September 21, 2007 at 11:00 AM.
2    //
3    //
4    //
5    Dated: July 17, 2007
6                                                          /s/ Michelle Morgan-Kelly
                                                           Michelle Morgan-Kelly
7                                                          Assistant U.S. Attorney
8
9    Dated:  July 17, 2007                                 /s/ Anthony Brass
10                                                         Anthony J. Brass
                                                           Attorney for Defendant
11                                                         Clifford Durham
12
13           IT IS SO ORDERED.
14
15
     Dated: _____
16
17                                                         _____
18                                                         HONORABLE SUSAN ILLSTON
19                                                         UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28